IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL,<br><br>PLAINTIFF, *pro se*,<br><br>v.<br><br>JOHN H. MERRILL, *et al.*,<br><br>DEFENDANTS. | Case No. 1:22-cv-01974-JRS-TAB |

## **DEFENDANT MISSOURI SECRETARY OF STATE JOHN R. ASHCROFT'S MOTION TO DISMISS**

Defendant John R. Ashcroft, by and through counsel, moves to dismiss the claims against him in the Complaint under Fed. R. Civ. P. 12(b)(1)-(2). The grounds in support of dismissal are contained in the contemporaneously filed Brief in Support of Motion to Dismiss.

Respectfully submitted by:

**John R. Ashcroft**
**Secretary of State of Missouri**

/s/ *Jesus A. Osete*
Jesus A. Osete*
General Counsel
Secretary of State's Office
600 W. Main St.
Jefferson City, MO 65101
Tel. (573) 751-4875
Jesus.Osete@sos.mo.gov

Counsel for Defendant John R. Ashcroft

**Pro hac vice admission pending*

**Certificate of Service**

I hereby certify that on November 14, 2022, the foregoing motion was filed via CM/ECF, which will send notice to all counsel of record.  I further certify that on November 14, 2022, the foregoing motion was served via U.S. Mail, postage pre-paid, to Plaintiff at the following address:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
Tel. (574) 302-6088
commercialsonly@juno.com

/s/ *Jesus A. Osete*
Counsel for Defendant John R. Ashcroft