IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

JENNIFER REINOEHL,

    Plaintiff,

v.

JOHN MERRILL, *et al.,*

    Defendants.

**Case No: 22-cv-1974-JRS-TAB**

### DEFENDANT PAUL ZIRIAX'S MOTION TO DISMISS

Defendant, Paul Ziriax ("Ziriax"), respectfully requests this Court dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6), as the Complaint fails to state a claim upon which relief can be granted, this Court lacks personal jurisdiction over Defendant Ziriax, and Plaintiff has failed to properly serve Defendant Ziriax. In compliance with Local Rule of Civil Procedure 7-1(a), a brief in support of this motion is filed separately.

Respectfully submitted,

/s/Tracy E. Neel
**TRACY E. NEEL, OBA# 33574**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: tracy.neel@oag.ok.gov
*Attorney for Defendant Paul Ziriax*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who are ECF participants.

I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
Email: commercialsonly@juno.com
*Pro se Plaintiff*

                                                /s/Tracy E. Neel
                                                Tracy E. Neel