UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER J. REINOEHL,<br><br>    Plaintiff,<br><br>v<br><br>JOHN MERRILL, KATIE M. HOBBS, ALEJANDRO PADILLA, SHIRLEY N. WEBER, LAUREL M. LEE, CORD BYRD, BRAD J. RAFFENSPERGER, BERNADETTE MATTHEWS, CONNIE LAWSON, HOLLI SULLIVAN, JOHN WOBENSMITH, WILLIAM GALVIN, JOCELYN BENSON, JOHN R. ASHCROFT, COREY STAPLETON, CHRISTI JACOBSEN, BARBARA CEGAVSKE, ANDREW J. SPANO, ANTHONY J. CASALE, KAREN B. BELL, PAUL ZIRIAX, BEVERLY A. CLARNO, SHEMIA P. FAGAN, KATHY BOOCKVAR, LEIGH M. CHAPMAN, RUTH R. HUGHS, JOHN B. SCOTT,<br><br>    Defendants. | No. 1:22-cv-1974-JRS-TAB<br><br>HON. JAMES R. SWEENEY, II<br><br>MAG. TIM A. BAKER<br><br>**DEFENDANT SECRETARY OF STATE JOCELYN BENSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2)** |

Jennifer Reinoehl, *In Pro Per*
51860 Cheryl Drive
Granger, Indiana 46530
574.302.6088
commercialsonly@juno.com

Joseph Ho (P77390)
Assistant Attorney General
Attorney for Defendant Jocelyn Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
hoj@michigan.gov
                                         /

## **DEFENDANT SECRETARY OF STATE JOCELYN BENSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2)**

Defendant Michigan Secretary of State Jocelyn Benson, by and through counsel, moves for the dismissal of Plaintiff Jennifer Reinoehl's complaint pursuant to Fed. R. Civ. P. 12(b)(2) for the reason that Plaintiff has failed to allege facts sufficient to demonstrate that this Court can exercise personal jurisdiction over Defendant Benson.  *See, Tamburo v. Dworkin,* 601 F.3d 693, 700 (7th Cir. 2010); *Purdue Rsch. Found. v. Sanofi-Synthelabo, S.A.*, 338 F.3d 773, 782 (7th Cir. 2003)). *See also, Burger King Corp. v. Rudzewicz,* 471 U.S. 462, 472 (1985); *Int'l Shoe Co. v. Washington,* 326 U.S. 310, 316 (1945).

This motion is brought pursuant Fed. R. Civ. P. 12(b)(2) and is based upon the attached memorandum, the pleadings filed in this case, and matters subject to judicial notice.

Respectfully submitted,

*s/Joseph Ho*
Joseph Ho (P77390)
Assistant Attorney General
Attorney for Defendant Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  hoj@michigan.gov
P77390

Dated:  November 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Joseph Ho*
Joseph Ho (P77390)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  hoj@michigan.gov
P77390