IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) NO. 1:22-CV-01974-JRS-TAB |
| JOHN MERRILL, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

### DEFENDANT'S JOHN SCOTT AND RUTH R. HUGHS'S MOTION TO DISMISS

TO THE HONORABLE MAGISTRATE JUDGE TIM A. BAKER:

NOW COME Defendants Texas Secretary of State John Scott in his official capacity and Former Texas Secretary of State Ruth R. Hughs in her sole individual capacity ("Texas Defendants"), who file this motion to dismiss Plaintiff's Verified Complaint ("Complaint") (Dkt. #13).

Texas Defendants move to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), for lack of subject-matter jurisdiction under Rule 12(b)(1), and for failure to state a claim under Rule 12(b)(6). Texas Defendants submit the accompanying brief herewith for the Court's consideration pursuant to Local Rule 7-1(b)(1).

**PRAYER**

For all these reasons, Texas Secretary of State John Scott and Former Texas Secretary of State Ruth R. Hughs respectfully ask the Court to dismiss Plaintiff's claims against them.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER HILTON**
Chief for General Litigation Division

*/s/PIERCE SMITH*
**PIERCE SMITH**
Attorney-in-charge
Texas Bar No. 24122531
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Pierce.Smith@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
TEXAS SECRETARY OF STATE JOHN SCOTT AND
FORMER TEXAS SECRETARY OF STATE RUTH R.
HUGHS**

## CERTIFICATE OF SERVICE

I, Pierce Smith, hereby certify that on November 14, 2022 a true and correct copy of the foregoing document has been sent to all interested parties registered for electronic service with the Southern District of Indiana CM/ECF System on or about the time this document was electronically filed with the Clerk and electronic mail to any party listed below that is not registered:

**Jennifer Reinoehl**
51860 CHERYL DR.
GRANGER, IN 46530
(574)302-6088
commercialsonly@juno.com

**PLAINTIFF PRO SE**

          */s/ PIERCE SMITH*
          **Pierce Smith**
          Assistant Attorney General