IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| PLAINTIFF, | ) ) ) |
| V. | ) ) |
| JOHN MERRILL, ET AL., | ) NO. 1:22-CV-01974-JRS-TAB ) ) |
| DEFENDANTS. | ) ) ) ) |

### ORDER GRANTING DEFENDANTS JOHN SCOTT AND RUTH R. HUGHS'S MOTION TO DISMISS

Pending before the Court is Texas Secretary of State John Scott and Former Texas Secretary of State Ruth R. Hughs's Motion to Dismiss Plaintiff's Verified Complaint. Upon consideration of the Motion, the Court is of the opinion that the Defendant's Motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Verified Complaint is **GRANTED**

It is **FURTHER ORDERED** that all of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

_____
TIM A. BAKER
UNITED STATES MAGISTRATE JUDGE

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JENNIFER REINOEHL – Pro Se Plaintiff
51860 CHERYL DR.
GRANGER, IN 46530
commercialsonly@juno.com