UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, ) | |
| ) | |
| Plaintiff, *pro se*, ) | |
| ) | |
| v. ) | Cause No. 1:22-cv-01974-JRS-TAB |
| ) | |
| JOHN H. MERRILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ALABAMA SECRETARY OF STATE JOHN H. MERRILL'S MOTION TO DISMISS

Defendant Alabama Secretary of State John H. Merrill submits the instant motion joining in the Motion to Dismiss filed by co-defendant Missouri Secretary of State John R. Ashcroft, Doc. 11, and adopting the reasons set forth in the Brief in Support of the Motion to Dismiss, Doc. 12.

On October 6, 2022, plaintiff Jennifer Reinoehl filed a complaint against 27 current and former state election officials, including current Secretaries Merrill and Ashcroft. Doc. 1 at 8–13. Plaintiff's allegations against Defendant Merrill are due to be dismissed under Fed. R. Civ. P. 12(b)(1)-(2). To minimize the burden on this Court and repetitive briefing, Defendant Merrill adopts the arguments in support of Defendant Ashcroft's Motion to Dismiss.

All of the reasons warranting dismissal of Plaintiff's suit against Defendant Ashcroft are equally applicable to Defendant Merrill. *See* Doc. 12. As Alabama's Secretary of State, Defendant Merrill resides and performs his official duties outside of Indiana, has no connection to or ability to redress Plaintiff's supposed injury in Indiana, and is immune to Plaintiff's suit under the Eleventh Amendment. Defendant Merrill respectfully requests that this Court grant the Motion to Dismiss.

Dated: November 15, 2022			Respectfully submitted,

/s/ Charles A. McKay_____
Charles A. McKay*
Alabama State Bar No. ASB-7256-K18K
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 353-9110
Fax: (334) 353-8400
Charles.McKay@AlabamaAG.gov

***Counsel for Defendant John H. Merrill***

*Pro hac vice admission pending*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on pro se Plaintiff in this action via first-class mail on November 15, 2022 as follows:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530

I hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/* Charles A. McKay_____
***Counsel for Defendant John H. Merrill***