IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN H. MERRILL, ET AL.<br><br>  Defendants. | Cause no.<br>1:22-CV-1974 JRS-TAB |

## MOTION TO DISMISS OF DEFENDANT GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER

Brad Raffensperger, the Secretary of State of Georgia, moves to dismiss Plaintiff's Complaint (Doc. 1) for lack of subject matter jurisdiction, lack of personal jurisdiction, and for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), and (b)(6), for the reasons articulated in his contemporaneously filed Brief in Support.

1

Respectfully submitted, this 16th day of November, 2022

        CHRISTOPHER M. CARR    112505
        Attorney General

        BRYAN K. WEBB    743580
        Deputy Attorney General

        RUSSELL D. WILLARD    760280
        Senior Assistant Attorney General

        */s/ Lee M. Stoy, Jr.*
        LEE M. STOY, JR.
        Assistant Attorney General    884654
        Office of the Georgia Attorney General
        40 Capitol Square SW
        Atlanta, Georgia, 30334
        lstoy@law.ga.gov
        Telephone: 404-458-3661
        Fax: 404-657-9932

        *Attorneys for Secretary Brad Raffensperger*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was served on *pro se* plaintiff in this action via first-class mail on November 16, 2022 addressed as follows:

> Jennifer Reinoehl
> 51860 Cheryl Dr.
> Granger, IN 46530

I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Lee M. Stoy, Jr.*
> LEE M. STOY, JR.