FILED
12/05/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

## PLAINTIFF'S FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER RULE 15(a)(1)(B) AS A MATTER OF COURSE

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer Reinoehl, respectfully moves the Court to file the attached First Amended Complaint for Damages and Declaratory Relief (herein "Amended Complaint") as a matter of course.

Rule 15(a)(1)(B) provides that "A party may amend its pleading once as a matter of course within…21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." According to the time stamp on the documents, Defendants filed Motions to Dismiss November 14, 2022 and November 16, 2022 and 21 days have not passed. Allowing Plaintiff to file the Amended Complaint as a matter of

1

course would serve justice and promote judicial efficiency. Further there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

    For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's leave to file the attached Amended Complaint as a matter of course.

Respectfully submitted,

*/s/ Jennifer Reinoehl*

**Jennifer Reinoehl**

Pro se Litigant

*/s/ Jennifer Reinoehl*

**Jennifer Reinoehl,** Pro Se Litigant     12/5/22
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com