# Exhibit #1

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70151730000001387775

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:12 pm on November 22, 2022 in GRANGER, IN 46530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
GRANGER, IN 46530
November 22, 2022, 3:12 pm

### Out for Delivery
GRANGER, IN 46530
November 21, 2022, 6:10 am

### Arrived at Hub
GRANGER, IN 46530
November 20, 2022, 1:44 pm

### Departed USPS Facility
SOUTH BEND, IN 46601
November 20, 2022, 11:15 am

### Arrived at USPS Facility
SOUTH BEND, IN 46601
November 20, 2022, 7:25 am

### In Transit to Next Facility

November 20, 2022, 5:59 am

**Departed USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
November 20, 2022, 3:36 am

**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
November 20, 2022, 3:36 am

**Departed USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER ANNEX
November 20, 2022, 3:25 am

**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER ANNEX
November 19, 2022, 11:08 pm

**In Transit to Next Facility**
November 19, 2022

**Arrived at USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
November 18, 2022, 4:53 am

**Hide Tracking History**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

### APPELLANT'S MOTION FOR LEAVE TO LATE FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT TEXAS SECRETARY OF STATE JOHN SCOTT'S AND RUTH R. HUGHS' MOTION TO DISMISS

Comes now Plaintiff, Jennifer Reinoehl, and respectfully requests the court allows her leave to late file her Memorandum of Law in Opposition to Secretary of State John Scott and Ruth R. Hughs Motion to Dismiss. In support of this motion, Plaintiff, Jennifer Reinoehl, states as follows:

1. On November 14, 2022, Secretary of State John Scott and Ruth R. Hughs filed their Motions to Dismiss with this Court.

2. Jennifer Reinoehl does not have access to the ECF system.

3. The postmark on the copy sent to Jennifer Reinoehl was November 17, 2022 and according to the tracking record it did not arrive at the first post office until November 18, 2022. (Exhibit 1)

4. Reinoehl did not receive the Motion until November 22, 2022. (Exhibit 1)

5. Reinoehl attempted to respond to all the Motions to Dismiss in a timely manner. She

1

had already written the response to Georgia Defendants and was working on her Combined Response, but she did not believe after reading Secretary of State John Scott and Ruth R. Hughs' Motion to Dismiss that she could easily combine it with any of the others.

6. This Opposition is being sent to the clerk by e-mail to be filed December 8, 2022—21 days after the postmark, November 17, 2022.

7. Jennifer Reinoehl took longer than expected to examine the caselaw and respond thoughtfully to the Motion to Dismiss because in addition to receiving the Motion over a week after it was filed, she has been sick.

8. Jennifer Reinoehl has exercised due diligence trying to file a timely Opposition. Reinoehl's request is made in good faith and not for the purpose of delay.

9. Reinoehl has not asked for or been granted any previous extensions of time to file this Opposition.

WHEREFORE, Appellant, Jennifer Reinoehl, respectfully requests the Court grant Appellant leave to late file the attached Memorandum of Law in Opposition to Defendant Texas Secretary of State John Scott's and Ruth R. Hughs' Motion to Dismiss.

Respectfully submitted,

*[signature]*

**Jennifer Reinoehl,** Pro Se Litigant        12/08/22
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed by e-mail with the Clerk of the Court December 8, 2022, and it was thereon entered into the ECF system and distributed to all Defendants Attorneys.

Respectfully submitted,

**Jennifer Reinoehl,** Pro Se Litigant    12/08/22
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

### (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO LATE FILE OPPOSITION TO DEFENDANT TEXAS SECRETARY OF STATE JOHN SCOTT'S AND RUTH R. HUGHS' MOTION TO DISMISS

This matter having come before the Court on the Plaintiff's Motion to Late File her Memorandum of Law in Opposition to Secretary of State John Scott's and Ruth R. Hughs' Motion to Dismiss, and this Court having reviewed it, the Court hereby **GRANTS** Plaintiff's Motion to Late File her Memorandum of Law in Opposition to Secretary of State John Scott's and Ruth R. Hughs' Motion to Dismiss.

The District Court Clerk is directed to enter this Order and to provide copies to counsel.

**DATED:**

So Recommended: _____

Approved. So Ordered.                                    Judge