UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN MERRILL, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-01974-JRS-TAB |

### DEFENDANTS ANDREW J. SPANO AND ANTHONY J. CASALE'S MOTION TO DISMISS

TO THE HONORABLE MAGISTRATE JUDGE TIM A. BAKER:

NOW COME Defendants Andrew J. Spano and Anthony J. Spano, Commissioners of the New York State Board of Elections, in their individual and official capacities (the "NY Elections Commissioners"), who file this motion to dismiss Plaintiff's Verified Complaint ("Complaint) (ECF No. 13) or, alternatively, if and when filed, Plaintiff's First Amended Complaint ("FAC") (ECF No. 53-1).

The NY Elections Commissioners move to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). The NY Elections Commissioners submit the accompanying brief herewith for the Court's consideration pursuant to S.D. Ind. Local Rule 7-1(b)(1).

For all these reasons, the NY Elections Commissioners respectfully request that the Court dismiss all claims asserted against them by Plaintiff.

Dated: December 12, 2022
      Albany, New York

                                 **HARRIS BEACH PLLC**

By:    */s/ Elliot A. Hallak*
        Elliot A. Hallak*
        Daniel R. LeCours*
        677 Broadway, Suite 1101
        Albany, New York 12207
        Tel: (518) 701-2748
        Fax: (518) 427-0235
        ehallak@harrisbeach.com
        dlecours@harrisbeach.com

        *Attorneys for Defendants*
        *NY St. Elect. Comm. Andrew J. Spano and*
        *NY St. Elect. Comm. Anthony J. Casale*

        *\*Admitted pro hac vice*

## **CERTIFICATION OF SERVICE**

I, Elliot A. Hallak, hereby certify that on December 12, 2022 a true and correct copy of the foregoing document has been sent to all interested parties registered for electronic service with the Southern District of Indiana CM/ECF System on or about the time this document was electronically filed with the Clerk and electronic mail to any party listed below that is not registered:

Jennifer Reinoehl
51860 CHERYL DR.
GRANGER, IN 46530
(574) 302-6088
commercialsonly@juno.com

*Plaintiff Pro Se*

                                               */s/ Elliot A. Hallak*
                                               Elliot A. Hallak