UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN MERRILL, et al.,<br><br>                Defendants. | Case No. 1:22-cv-01974-JRS-TAB |

**ORDER GRANTING DEFENDANTS ANDREW J. SPANO AND ANTHONY J. CASALE'S MOTION TO DISMISS**

Pending before the Court is Defendants Andrew J. Spano and Anthony J. Casale's Motion to Dismiss. Upon consideration of the Motion, the Court is of the opinion that the Defendant's Motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**

It is **FURTHER ORDERED** that all of Plaintiff's claims against Defendants Andrew J. Spano and Anthony J. Casale are hereby **DISMISSED WITH PREJUDICE**.

                                                                                                                _____

                                                                                                                TIM A. BAKER<br>
                                                                                                                UNITED STATES MAGISTRATE JUDGE

Distribution to all counsel of record via CM/ECF
And to the following via U.S. Mail:

JENNIFER REINOEHL – Pro Se Plaintiff
51860 CHERYL DR.
GRANGER, IN 46530
commercialsonly@juno.com