UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN MERRILL, et al., )<br>)<br>Defendants. )<br>) | Cause No. 1:22-cv-1974-JRS-TAB |

**MOTION TO DISMISS
PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) and (2)**

Defendant Karen Brinson Bell, Executive Director of the North Carolina State Board of Elections ("Defendant Bell" or "Bell"), through undersigned counsel, Mary Carla Babb, Special Deputy Attorney General for the State of North Carolina, hereby moves this Court, pursuant to Rule 12(b)(1) and (2) of the Federal Rules of Civil Procedure, to dismiss the action against Bell filed by Plaintiff Jennifer Reinoehl because the Court lacks both personal and subject matter jurisdiction. In the alternative, and to the extent this Court concludes it indeed has jurisdiction, Defendant Bell moves this Court to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for Plaintiff's failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant Bell incorporates her Brief in Support of the Motion to Dismiss pursuant to Rule 12(b)(1), (2), and (6), which is filed contemporaneously with this Motion.

WHEREFORE, Defendant Bell respectfully requests that the Court dismiss the suit against her pursuant to Rule 12(b)(1) and (2) of the Federal Rules of Civil Procedure. Alternatively, Bell requests that the Court dismiss the action pursuant to Rule 12(b)(6).

2

Dated: December 13, 2022          Respectfully submitted,

                                                          **JOSHUA H. STEIN**
                                                          **Attorney General**

By:      Mary Carla Babb*
         Special Deputy Attorney General
         N.C. State Bar No. 25731
         mcbabb@ncdoj.gov
         Post Office Box 629
         Raleigh, NC 27602
         Phone: (919) 716-6900
         Fax:  (919) 716-6763

         *Attorney for Defendant Karen Brinson Bell, Executive Director of the North Carolina State Board of Elections*

         *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on pro se Plaintiff in this action via U.S. Mail, postage prepaid, on December 13, 2022 as follows:

Jennifer Reinoehl
51860 Cheryl Dr.
Grainger, IN 46530

The undersigned hereby certifies that on December 13, 2022, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to counsel for the other Defendants appearing in this action.

Dated: December 13, 2022              JOSHUA H. STEIN
                                      Attorney General

                                By:   Mary Carla Babb*
                                      Special Deputy Attorney General
                                      N.C. State Bar No. 25731
                                      mcbabb@ncdoj.gov
                                      Post Office Box 629
                                      Raleigh, NC 27602
                                      Phone: (919) 716-6900
                                      Fax:  (919) 716-6763

                                      *Attorney for Defendant Karen Brinson Bell,
                                      Executive Director of the North Carolina
                                      State Board of Elections*

                                      *Admitted pro hac vice*