UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| | ) |
| AL SecState JOHN H. MERRILL, in his Individual and official capacity; CONNIE LAWSON, in her individual capacity; IN SecState HOLLI SULLIVAN, in her official capacity, et al. | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## SECOND MOTION FOR EXTENSION OF TIME

Defendants Connie Lawson and Holli Sullivan, respectfully submit their Motion for Extension of Time, stating the following in support:

1. Plaintiff filed her Complaint on October 6, 2022.

2. Defendants Lawson and Sullivan were served on October 26, 2022, making their original response due date November 15, 2022.

3. Lawson and Sullivan filed for an extension of time, which was granted on November 16, 2022, making their new due date December 13, 2022. That date has not yet passed.

4. Plaintiff filed her First Motion for Leave to File Amended Complaint under Rule 15(a)(1)(B) As a Matter of Course on December 5, 2022. That motion remains pending.

5. Lawson and Sullivan need more time to prepare a response to the complaint because they want to respond to the operative complaint in the interest of efficiency. They request a three-week extension.

6. This extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Extension of Time to January 3, 2023.

Respectfully submitted,

                                        THEODORE E. ROKIA
                                        Indiana Attorney General
                                        Attorney No. 18857-49

Date: December 13, 2022      By:    Jefferson S. Garn
                                        Attorney No. 29921-49
                                        Deputy Attorney General
                                        OFFICE OF INDIANA ATTORNEY GENERAL
                                        Indiana Government Center South, 5th Floor
                                        302 West Washington Street
                                        Indianapolis, Indiana 46204-2770
                                        Phone: (317) 234-7119
                                        Email: Jefferson.Garn@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on December 13, 2022, I electronically filed the foregoing using the Southern District of Indiana's CM/ECF system.  I further certify the foregoing document was deposited in the U.S. Mail, first class, postage prepaid to the following:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN  46530
*Pro Se Plaintiff*

          By:   */s/ Jefferson S. Garn*
                Jefferson S. Garn
                Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 234-7119
Fax:    (317) 232-7979
Email: Jefferson.Garn@atg.in.gov