UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AL SecState JOHN H. MERRILL, in his )<br>Individual and official capacity; )<br>CONNIE LAWSON, in her individual )<br>capacity; )<br>IN SecState HOLLI SULLIVAN, in her )<br>official capacity, et al. )<br>)<br>Defendants. ) | Case No.: 1:22-cv-1974-JRS-TAB |

## ORDER

The Court now **GRANTS** Defendants Lawson and Sullivan's Second Motion for Extension of Time, and **ORDERS** that the new deadline is January 3, 2023.

**SO ORDERED.**

Entered: _____                    _____
                                              United States District Court Judge

**Distribution:**

*All Counsel via the CM/ECF System*

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN  46530
*Pro Se Plaintiff*