UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| | ) |
| AL SecState JOHN H. MERRILL, in his Individual and official capacity; | ) |
| CONNIE LAWSON, in her individual capacity; | ) |
| IN SecState HOLLI SULLIVAN, in her official capacity, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants', Connie Lawson, in her individual capacity; and Holli Sullivan in her official capacity as Indiana Secretary of State, Second Motion for Extension of Time to answer the Plaintiff's complaint. Having considered the Motion, the Court GRANTS the Motion. [Filing No. 59.]

IT IS THEREFORE ORDERED that the Defendants', Connie Lawson, in her individual capacity; and Holli Sullivan in her official capacity as Indiana Secretary of State, shall have until January 3, 2023 to answer the Plaintiff's complaint.

Date: 12/14/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JENNIFER REINOEHL
51860 CHERYL DR.
GRANGER, IN 46530