IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL,<br><br>PLAINTIFF, *pro se*,<br><br>v.<br><br>JOHN H. MERRILL, *et al.*,<br><br>DEFENDANTS. | Case No. 1:22-cv-01974-JRS-TAB |

## DEFENDANT MISSOURI SECRETARY OF STATE JOHN R. ASHCROFT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant John R. Ashcroft, by and through counsel, moves to dismiss the claims against him in the First Amended Complaint under Fed. R. Civ. P. 12(b)(1)-(2). The grounds in support of dismissal are contained in the contemporaneously filed Brief in Support of Motion to Dismiss First Amended Complaint.

Respectfully submitted by:

**John R. Ashcroft**
**Secretary of State of Missouri**

/s/ *Jesus A. Osete*
Jesus A. Osete*
General Counsel
Secretary of State's Office
600 W. Main St.
Jefferson City, MO 65101
Tel. (573) 751-4875
Jesus.Osete@sos.mo.gov

Counsel for Defendant John R. Ashcroft

**Admitted pro hac vice*

**Certificate of Service**

I hereby certify that on December 19, 2022, the foregoing motion was filed via CM/ECF, which will send notice to all counsel of record. I further certify that on December 19, 2022, the foregoing motion was served via U.S. Mail, postage pre-paid, to Plaintiff at the following address:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
Tel. (574) 302-6088
commercialsonly@juno.com

/s/ *Jesus A. Osete*
Counsel for Defendant John R. Ashcroft