UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, , Plaintiff, | ) ) ) ) ) |
| v. | ) ) Cause No. 1:22-cv-1974 |
| JOHN H. MERRILL, *et al.*, Defendants. | ) ) ) ) ) |

**PENNSYLVANIA DEFENDANTS'**
**MOTION TO DISMISS COMPLAINT**

Defendants Acting Secretary of the Commonwealth Leigh M. Chapman and Kathy Boockvar (collectively the "Pennsylvania Defendants"), by counsel, hereby move to dismiss the Complaint (ECF No. 1) and/or the Amended Complaint (ECF No. ECF No. 53-1) pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(b)(2) for the reasons contained in the attached Memorandum of Law.

Dated: December 20, 2022

Commonwealth of Pennsylvania
Office of Attorney General
The Phoenix Building, 1600 Arch St.
Philadelphia, PA 19103
Telephone:  (215) 560-2940
Fax:  (717) 772-4526
skovatis@attorneygeneral.gov

Respectfully submitted,

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

BY: /s/ Stephen R. Kovatis
STEPHEN R. KOVATIS (Pa. No. 209495)
Senior Deputy Attorney General
Attorney-in-Charge

1

## CERTIFICATE OF SERVICE

I certify that, on this day, I caused a true and correct copy of the foregoing Motion to Dismiss to be filed and served on all parties via the Court's ECF system and to be served via U.S. Mail on the following:

Jennifer J. Reinoehl
51860 Cheryl Dr.
Granger, IN, 46530

*Plaintiff pro se*

Dated: December 20, 2022                             /s/ Stephen R. Kovatis
                                                    Stephen R. Kovatis