UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, , <br> Plaintiff, <br><br> v. <br><br> JOHN H. MERRILL, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) <br><br> Cause No. 1:22-cv-1974 |

**ORDER**

AND NOW, this ____ day of _____, 202__, upon consideration of the Pennsylvania Defendants' Motion to Dismiss Complaint, it is ORDERED and DECREED that the Motion is GRANTED. All claims against Acting Secretary of the Commonwealth Leigh M. Chapman and Kathy Boockvar are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
, J.