UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No.: 22-cv-1974-JRS-TAB |
| JOHN MERRILL, et al., | ) ) ) |
| Defendant(s). | ) |

### DEFENDANT NEVADA SECRETARY OF STATE BARBARA CEGAVSKE'S MOTION TO DISMISS COMPLAINT

Defendant Nevada Secretary of State Barbara Cegavske ("Cegavske"),[1] through counsel, moves to dismiss Jennifer Reinoehl's complaint pursuant to FRCP 12(b)(1) (2) and (6) due to lack of jurisdiction, standing, and because Reinoehl fails to state claims upon which relief can be granted. In support of this Motion, Cegavske incorporates her Brief in Support of the Motion to Dismiss pursuant to Rule 12(b)(1)(2) and (6) of the Federal Rules of Civil Procedure filed contemporaneously herewith.

December 20, 2022          Respectfully submitted,

/s/ Sabrena K. Clinton
Sabrena K. Clinton*, Nev. Bar No. 6499
Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-3420 (phone)
702-486-3773 (fax)
sclinton@ag.nv.gov

*Admitted pro hac vice

---

[1] As a result of the 2022 Midterm elections, Cisco Aguilar was elected as the new Nevada Secretary of State.

1

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 20, 2022, I electronically filed the document via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN 46530

/s/ Lucas Combs
An employee of the
Office of the Attorney General