UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| | ) |
| AL SecState JOHN H. MERRILL, in his Individual and official capacity; CONNIE LAWSON, in her individual capacity; IN SecState HOLLI SULLIVAN, in her official capacity, et al. | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

Defendants Connie Lawson and Holli Sullivan, respectfully submit their Motion for Extension of Time, stating the following in support:

1. Plaintiff filed her Complaint on October 6, 2022.

2. Defendants Lawson and Sullivan were served on October 26, 2022, making their original response due date November 15, 2022.

3. Lawson and Sullivan filed for a second extension of time, which was granted, making their new due date January 3, 2023.  That date has not yet passed.

4. Plaintiff filed her First Motion for Leave to File Amended Complaint under Rule 15(a)(1)(B) As a Matter of Course on December 5, 2022.  That motion remains pending.

5. Lawson and Sullivan need more time to prepare a response to the complaint because they want to respond to the operative complaint in the interest of efficiency. They request a two-week extension.

6. In addition, undersigned counsel had to rearrange his holiday travel because of his family's flight cancellations and remains out-of-state longer than expected.

7. This extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Extension of Time to January 17, 2023.

                                                             Respectfully submitted,

                                                             THEODORE E. ROKIA
                                                             Indiana Attorney General
                                                             Attorney No. 18857-49

Date: January 3, 2023          By:    Jefferson S. Garn
                                                            Attorney No. 29921-49
                                                            Deputy Attorney General
                                                            OFFICE OF INDIANA ATTORNEY GENERAL
                                                            Indiana Government Center South, 5th Floor
                                                            302 West Washington Street
                                                           Indianapolis, Indiana 46204-2770
                                                           Phone: (317) 234-7119
                                                           Email: Jefferson.Garn@atg.in.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 3, 2023, I filed the foregoing with the Clerk of the Court via the CM/ECF system.  I further certify that on January 3, 2023, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following party:

Jennifer Reinoehl
51860 Cheryl Dr.
Granger, IN  46530

               Jefferson S. Garn
               Deputy Attorney General


OFFICE OF THE INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-7119
Fax:  (317) 232-7979
Email:  Jefferson.Garn@atg.in.gov