UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| | ) |
| AL SecState JOHN H. MERRILL, in his | ) |
| Individual and official capacity; | ) |
| CONNIE LAWSON, in her individual | ) |
| capacity; | ) |
| IN SecState HOLLI SULLIVAN, in her | ) |
| official capacity, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court now **GRANTS** Defendants Lawson and Sullivan's Motion for

Extension of Time, and **ORDERS** that the new deadline is January 17, 2023.

**SO ORDERED.**

Entered: _____                    _____

United States District Court Judge

**Distribution:**

*All Counsel via the CM/ECF System*

*Jennifer Reinoehl*
*51860 Cheryl Dr.*
*Granger, IN  46530*