UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> AL SecState JOHN H. MERRILL, in his ) <br> Individual and official capacity; ) <br> CONNIE LAWSON, in her individual ) <br> capacity; ) <br> IN SecState HOLLI SULLIVAN, in her ) <br> official capacity, et al. ) <br> ) <br>     Defendants. ) | Case No.: 1:22-cv-1974-JRS-TAB |

## ORDER

This matter is before the Court on Defendants', Connie Lawson, in her individual capacity; and Holli Sullivan in her official capacity as Indiana Secretary of State, Third Motion for Extension of Time to answer the Plaintiff's complaint. Having considered the Motion, the Court GRANTS the Motion. [Filing No. 74.]

IT IS THEREFORE ORDERED that the Defendants', Connie Lawson, in her individual capacity; and Holli Sullivan in her official capacity as Indiana Secretary of State, shall have until January 17, 2023 to answer the Plaintiff's complaint.

Date: 1/4/2023

                                                       Tim A. Baker
                                                       United States Magistrate Judge
                                                       Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JENNIFER REINOEHL
51860 CHERYL DR.
GRANGER, IN 46530