UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER J. REINOEHL  ) | |
| PLAINTIFF  ) | Case No. 1:22-CV-1974 JRS-TAB |
| v.  ) | Hon. JAMES R. SWEENEY, II |
| JOHN H. MERRILL, ET AL.  ) | MAG. TIM A. BAKER |
| DEFENDANTS  ) | |

**FILED**
**01/03/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**REPLY TO DEFENDANTS' RESPONSES TO MOTION TO AMEND**

**COMPLAINT AS A MATTER OF COURSE**

COMES NOW Plaintiff, pro se, and makes this reply to the Defendants' response. Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer Reinoehl, has a right to Amend the Complaint as a Matter of Course:

> "(a) Amendments Before Trial. (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

1

Since the Federal Rules of Civil Procedure convey this right on all Defendants without any other stipulation than that the Amended Complaint be filed within the 21 days after service of the Defendants' Motions to Dismiss and neither Defendants opposing the First Amended Complaint argue Plaintiff failed to meet that deadline, the Defendants' Opposition should be denied. The only way they could support their opposition was by citing Fed.R.Civ.Pro. 15(a)(2), which is specifically for all "Other Amendments" and states:

> "(2)Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

WHEREFORE, Plaintiff, Jennifer Reinoehl respectfully requests the Court strike Defendants' motions and accept the filing of the First Amended Complaint as a matter of course.

Respectfully submitted,

*[signature]*

**Jennifer Reinoehl**

Pro se Litigant

*[signature]*

**Jennifer Reinoehl,** Pro Se Litigant        1/3/23
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was filed by e-mail with the Clerk of the Court December 5, 2022, and it was thereon entered into the ECF system and distributed to all Defendants Attorneys.

    Respectfully submitted,

**Jennifer Reinoehl,** Pro Se Litigant     1/3/23
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com