**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | |
| **JOHN H. MERRILL, ET AL.** | ) | |
| DEFENDANTS | ) | |

**FILED**

01/09/2023

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT JOHN H. MERRILL'S MOTION TO DISMISS

Plaintiff respectfully opposes the Defendant, Alabama Secretary of State John H. Merrill's (herein "SoS. Merrill") Motion to Dismiss. SoS. Merrill joins in the Motion filed by co-defendant Missouri Secretary of State, John R. Ashcroft. To save the Court time in reviewing two separate Oppositions, Reinoehl incorporates herein by reference "Plaintiff's Memorandum of Law in Opposition to Defendant Missouri Secretary of State John R. Ashcroft's Motion to Dismiss First

1

Amended Complaint" in it's entirety as a response to SoS. Merrill since he joins in the same argument as Secretary of State John R. Ashcroft.

## CONCLUSION

For the reasons set forth above and in the referenced document filed with this Court, SoS. Merrill's Motion to Dismiss should be summarily denied.

Respectfully submitted,

**Jennifer Reinoehl,** Pro Se Plaintiff 1/9/23
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the foregoing was filed by e-mail with the Clerk of the Court January 9, 2023, and it was thereon entered into the ECF system and distributed to all Defendants Attorneys.

  Respectfully submitted,

**Jennifer Reinoehl,** Pro Se Litigant  1/9/23
51860 Cheryl Dr, Granger, IN, 46530
Phone: 574-302-6088;
E-mail: commercialsonly@juno.com