AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Jennifer J. Reinoehl  )
 )
 )
 )
Plaintiff(s)  )
v.  ) Civil Action No.
John H. Merrill, et al.  )
 ) 1:22-CV-1974 JRS-TAB
 )
 )
Defendant(s)  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary of State, John C. Wobensmith
Jeffrey Building
16 Francis Street
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer Reinoehl (pro se)
51860 Cheryl Dr.
Granger, IN 46530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Roger A. G. Sharpe
CLERK

Date: OCT 0 6 2022

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of State, John C. Wobensmith
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed the summons by certified 1st class mail to Jeffrey Building
16 Francis Street, Annapolis, MD 21401 on

My fees are $ 5.00 for travel and $ 5.00 for services, for a total of $ 10.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

51860 Cheryl Dr.
Granger, IN 46530

*Server's address*

Additional information regarding attempted service, etc:



R. W. OEHL
5860 Cheryl Dr.
Granger, IN 46530

Maryland Attn. General Brian E. Frost
200 St. Paul Place
Baltimore, MD 21202

CERTIFIED MAIL

7022 2410 0001 1950 0758

RECEIVED
OCT 26 2022
OFFICE OF
THE ATTORNEY GENERAL

U.S. POSTAGE PAID
FCM LG ENV
GRANGER, IN
46530
OCT 22, 22
AMOUNT
$10.13
R2305H130918-11

1000

21202

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Jennifer J. Reinoehl <br><br> *Plaintiff(s)* <br> v. <br> John H. Merrill, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 1:22-CV-1974 JRS-TAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary of State, John C. Wobensmith
Jeffrey Building
16 Francis Street
Annapolis, MD 2140[...]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MD Att. General Brian E. Frost
200 St. Paul Place
Baltimore, MD   21202

9590 9402 7674 2122 2725 52

2. Article Number *(Transfer from service label)*

7022 2410 0001 1950 0758

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS S[...]**
A. Signature
X
B. Received by (Pr[...]
D. Is delivery addre[...]
   If YES, enter de[...]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restri[...]
☒ Certified Mail®
☐ Certified Mail Restricte[...]
☐ Collect on Delivery
☐ Collect on Delivery Re[...]
☐ [In]sured Mail
   [In]sured Mail Restricte[...]
   [o]ver $500)

Date: OCT 0 6 2022

---

*Handwritten note:*

This card does not have "Restricted Delivery" checked. Please either re-send or email to our Civil Service email. Please check our website for additional information