**OFFICE OF THE ATTORNEY GENERAL**
200 St. Paul Place
Baltimore, Maryland 21202

Jennifer Reinoehl
51860 Cheryl Drive
Granger, IN  46530-6804