**FILED**
01/11/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN C. WOBENSMITH PURSUANT TO RULE 55(a)**

To the Clerk of the United States District Court for the Southern District of Indiana:

Plaintiff, Jennifer Reinoehl, hereby respectfully requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following Defendant, John C. Wobensmith, for failure to plead or otherwise defend against this action in a timely manner.

Defendant John C. Wobensmith:

(1) As shown by the proof of service filed with this Court, the above-named Defendant were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on October 22, 2022.

(2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on November 14, 2022.

(3) The above-named Defendant have failed to plead or otherwise respond to the Complaint.

This request is based on the attached Declaration of Plaintiff for Plaintiff, Jennifer Reinoehl.

Respectfully submitted,

*[signature]*

**Jennifer Reinoehl,** Pro Se Plaintiff 1/11/23

51860 Cheryl Dr.

Granger, IN, 46530

574-302-6088

E-Mail: commercialsonly@juno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed by e-mail with the Clerk of the Court January 11, 2023, and it was thereon entered into the ECF system and distributed to all Defendants Attorneys.

A courtesy copy was also mailed by priority mail to Maryland Attorney General, Brian E Frost at 200 St. Paul Place, Baltimore, MD, 21202.

Respectfully submitted,

**Jennifer Reinoehl,** Pro Se Litigant            1/11/23

51860 Cheryl Dr, Granger, IN, 46530

Phone: 574-302-6088;

E-mail: commercialsonly@juno.com