# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

### DECLARATION OF PLAINTIFF IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JOHN C. WOBENSMITH PURSUANT TO RULE 55(a)

DECLARATION OF PLAINTIFF, JENNIFER J. REINOEHL:

I, Jennifer Reinoehl, declare as follows:

1. I am the Plaintiff in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness could and would testify competently to the facts as stated herein.

2. Defendant, John C. Wobensmith, was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on October 22, 2022, as was his council, Maryland Attorney General, Brian E. Frost, as shown by the proof of service filed with the Court on

4

January 9, 2023. A true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by reference.

3. After receiving the copies of the Complaint and the Summons, the Maryland Attorney General's office returned the copies in an envelope with the return address of their office on it along with the envelope Reinoehl sent them in, which the Maryland Attorney General's Office stamped "Received." A note was attached to the copies acknowledging that they had received the material but stating that they wanted Reinoehl to resend the material to them and detailing the specific ways in which they wanted the material sent. A copy of the pertinent contents of the returned material is included in Exhibit "1" and incorporated herein by reference. The original summons and copies of the Complaint sent directly to John C. Wobensmith were not returned.

4. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant, John C. Wobensmith, was required to plead or otherwise respond to the Complaint by November 14, 2022. The time for John C. Wobensmith to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any order of the Court.

5. Defendant, John C. Wobensmith, has failed to serve or file a pleading or otherwise respond to the Complaint. The applicable time limit for responding to the Complaint has expired.

6. Defendant, John C. Wobensmith, is not a minor or incompetent person.

7. Defendant, John C. Wobensmith, is not currently in military service, and therefore the Servicemembers Civil Relief Act is not applicable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on January 9, 2023.

*[signature]* 1/9/2023

Jennifer Reinoehl, Pro Se Plaintiff   Date
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com

**JURAT/AFFIDAVIT CERTIFICATE**

STATE OF INDIANA
COUNTY OF ST. JOSEPH

On this ___9th___ day of ___January___, 2023, before me, the undersigned notary public, personally appeared Jennifer Reinoehl, proved to me through satisfactory evidence of identification, which was ___Drivers License___, to be the person whose name is signed on the preceding or attached document who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

___[signature]___    ___8/30/2028___
Signature of Notary Public    Commission Expiration Date of Notary Public

> Christine Griggs
> Notary Public Seal State of Indiana
> St. Joseph County
> Commission Number NP0728474
> My Commission Expires 08/30/2028

6

# Exhibit #1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Jennifer J. Reinoehl )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
John H. Merrill, et al. )
) 1:22-CV-1974 JRS-TAB
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary of State, John C. Wobensmith
Jeffrey Building
16 Francis Street
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jennifer Reinoehl (pro se)
51860 Cheryl Dr.
Granger, IN 46530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Roger A. G. Sharpe
CLERK OF COURT CLERK

Date: OCT 0 6 2022

*Signature of Clerk or Deputy Clerk*

8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Secretary of State, John C. Wobensmith

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I mailed the summons by certified 1st class mail to Jeffrey Building
16 Francis Street, Annapolis, MD 21401 on

My fees are $ 5.00 for travel and $ 5.00 for services, for a total of $ 10.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

51860 Cheryl Dr.
Granger, IN 46530

*Server's address*

Additional information regarding attempted service, etc:

9





11

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Jennifer J. Reinoehl <br><br> *Plaintiff(s)* <br> v. <br> John H. Merrill, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. ) ) 1:22-CV-1974 JRS-TAB ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary of State, John C. Wobensmith
Jeffrey Building
16 Francis Street
Annapolis, MD 2140[...]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MD Att. General Brian E. Frost
200 St. Paul Place
Baltimore, MD
21202

9590 9402 7674 2122 2725 52

2. Article Number *(Transfer from service label)*
7022 2410 0001 1950 0758

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS [SECTION ON DELIVERY]**
A. Signature
X
B. Received by (Pr[inted Name])
D. Is delivery addre[ss different from item 1?]
If YES, enter de[livery address below]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restri[cted Delivery]
☒ Certified Mail®
☐ Certified Mail Restricte[d Delivery]
☐ Collect on Delivery
☐ Collect on Delivery Re[stricted Delivery]
☐ [In]sured Mail
    [In]sured Mail Restricte[d Delivery]
    [o]ver $500)

This card does not have "Restricted Delivery" checked. Please either re-send or email to our Civil Service email. Please check our website for additional information

Date: OCT 0 6 2022

12

