UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB ) ) |
| CONNIE LAWSON, in her individual capacity;<br>IN SecState DIEGO MORALES, in his official capacity.[1] | ) ) ) ) ) ) |
| Defendants. | ) |

## ANSWER

Defendants Connie Lawson, in her individual capacity, and Diego Morales in in his official capacity as Indiana Secretary of State, by counsel, answer Plaintiff's Complaint[2] as follows:

### I.   PARTIES TO THE COMPLAINT

1. Defendants lack sufficient knowledge to admit or deny the allegation in this paragraph.

---

[1] Indiana Secretary of State Diego Morales, in his official capacity, is automatically substituted for former Indiana Secretary of State Holli Sullivan in her official capacity. Fed. R. Civ. P. 25(d).

[2] Ms. Reinoehl moved to amend her complaint. ECF 53. The motion has not been ruled on.

1

2–9. Defendants deny that the individuals named in paragraphs 2–9 are defendants in this lawsuit. Defendants lack sufficient knowledge to admit or deny the remaining allegations in these paragraphs.

10. Defendants admit Ms. Lawson is the former secretary of state. They deny that any of the other information is at all relevant to the allegations.

11. Defendants admit that Diego Morales (automatically substituted for Holli Sullivan) is the Indiana Secretary of State. Defendants deny that Diego Morales is a member of the State's executive department. Defendants admit the remaining allegations in this paragraph.

12–28. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

## II.  BASIS FOR JURISDICTION AND VENUE

29–33. The allegations are legal conclusions that do not require a response.

## III.  STATEMENT OF FACTS

34. The paragraph contains legal argument which does not require a response.

35. Defendants lack sufficient knowledge to admit or deny the allegation in this paragraph.

36–41. Defendants deny that Indiana has unequal ballot access laws and that third parties are unconstitutionally kept off the ballot. Defendants lack sufficient knowledge to admit or deny the remaining allegations in these paragraphs.

42. The Equal Protection Clause of the Fourteenth Amendment of the United States Constitution speaks for itself.

43–44. Deny.

45–50. Defendants lack sufficient knowledge to admit or deny the allegation in these paragraphs.

51. The Indiana Code speaks for itself.

52–69. Defendants lack sufficient knowledge to admit or deny the allegations in these paragraphs.

## IV.   ARGUMENT

70–129. These paragraphs contain legal argument to which a response is not required. To the extent that a response is required, Defendants deny the allegations in these paragraphs. The United States Constitution speaks for itself.

## V.   CAUSES OF ACTION

130. Defendants deny that the plaintiff is entitled to any relief through this lawsuit.

### COUNT I: VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT

131. Defendants incorporate all above responses.

132–140. Deny.

### COUNT II: DECLARATORY JUDGMENT

141. Defendants incorporate all above responses

142–148. Deny.

149. Defendants deny that the plaintiff is entitled to any relief through this lawsuit.

### COUNT III: REQUEST FOR INJUNCTIVE RELIEF

150. Defendants incorporate all above responses

151–155. Deny.

## VI. PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to the requested relief or any relief whatsoever.

                                                  Respectfully submitted,

                                                  THEODORE E. ROKITA
                                                  Indiana Attorney General
                                                  Attorney No. 18857-49

Date: <u>January 17, 2023</u>          By:    Jefferson S. Garn
                                                  Atty. No. 29921-49
                                                  Deputy Attorney General
                                                  Office of Indiana Attorney General
                                                  Todd Rokita
                                                  Indiana Government Center South
                                                  Fifth Floor
                                                  302 W. Washington Street
                                                  Indianapolis, IN  46204-2770
                                                  Telephone:  (317) 234-7119
                                                  Fax:           (317) 232-7979
                                                  Email: jefferson.garn@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all interested parties registered for electronic service with the Southern District of Indiana CM/ECF System.

I further certify that on January 17, 2023, a true and correct copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl, pro se
51860 Cheryl Dr.
Granger, IN  46530

Respectfully submitted,

Office of the Indiana Attorney General
Todd Rokita
Atty No. 18857-49

Date: <u>January 17, 2023</u>      By:   Jefferson S. Garn
Atty. No. 29921-49
Deputy Attorney General
Office of the Indiana Attorney General
Todd Rokita
Indiana Government Center South
Fifth Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:   (317) 234-719
Fax:             (317) 232-7979
Email:  jefferson.garn@atg.in.gov