# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | |
| PLAINTIFF | ) | Case No. 1:22-CV-1974 JRS-TAB |
| v. | ) | Hon. JAMES R. SWEENEY, II |
| **JOHN H. MERRILL, ET AL.** | ) | MAG. TIM A. BAKER |
| DEFENDANTS | ) | |

> Motion denied. The Court already has granted Defendants' motions to dismiss and dismissed the non-Indiana Defendants, finding the only proper Defendants are Connie Lawson and Holli Sullivan. [Filing No. 78.] Plaintiff's proposed amended complaint seeks to keep these non-Indiana Defendants in the case, Moreover, Plaintiff's motion does not state why she seeks to amend her complaint or what the amended complaint might otherwise seek to address.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 1/18/2023
>
> Distribution to all counsel of record via CM/ECF and to the following via U.S. Mail: JENNIFER REINOEHL, 51860 CHERYL DR., GRANGER, IN 46530

## PLAINTIFF'S FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER RULE 15(a)(1)(B) AS A MATTER OF COURSE

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer Reinoehl, respectfully moves the Court to file the attached First Amended Complaint for Damages and Declaratory Relief (herein "Amended Complaint") as a matter of course.

Rule 15(a)(1)(B) provides that "A party may amend its pleading once as a matter of course within…21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." According to the time stamp on the documents, Defendants filed Motions to Dismiss November 14, 2022 and November 16, 2022 and 21 days have not passed. Allowing Plaintiff to file the Amended Complaint as a matter of

1