UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01974-JRS-TAB |
| | ) |
| CONNIE LAWSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION FOR ENTRY OF DEFAULT

This matter is before the Court upon Plaintiff's Application for Entry of Default against John C. Wobensmith [Dkt. 81]. John Wobensmith was terminated as a party to this action by the Court's Order on Motions to Dismiss [Dkt. 78].

IT IS THEREFORE ORDERED that the Motion is **DENIED**.

SO ORDERED.

Date: 02/01/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JENNIFER REINOEHL
51860 CHERYL DR.
GRANGER, IN 46530

Mary Carla Babb
NC Department of Justice
mcbabb@ncdoj.gov

Sabrena Clinton
Office of the Attorney General
sclinton@ag.nv.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Elliot Hallak
Harris Beach PLLC
ehallak@harrisbeach.com

Joseph Ho
Michigan Department of Attorney General
hoj@michigan.gov

Stephen Kovatis
PA Office of the Attorney General
skovatis@attorneygeneral.gov

Daniel R. LeCours
Harris Beach PLLC
dlecours@harrisbeach.com

Brian Simmonds Marshall
Oregon Department of Justice
brian.s.marshall@doj.state.or.us

Charles Arthur McKay
Office of The Attorney General - Alabama
Charles.McKay@AlabamaAG.gov

Tracy Neel
Oklahoma Attorney General
tracy.neel@oag.ok.gov

Jesus Armando Osete
Bryan Cave Leighton Paisner LLP
jesus.osete@bclplaw.com

Pierce Nicholas Vail Smith
Office of the Attorney General
pierce.smith@oag.texas.gov

Lee M. Stoy, Jr
Office of the Georgia Attorney General
lstoy@law.ga.gov