UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| | ) |
| | ) |
| CONNIE LAWSON, in her individual capacity; | ) |
| IN SecState DIEGO MORALES, in his official capacity. | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' PRELIMINARY LIST OF WITNESSES AND EXHIBITS**

Defendants Connie Lawson, in her individual capacity, and Diego Morales in his official capacity as Indiana Secretary of State, by counsel, pursuant to the Federal Rules of Civil Procedure and the Court's Order from February 27, 2023 (ECF 90), respectfully submit the following lists of preliminary witnesses and exhibits:

**I.    Preliminary List of Witnesses**

    a.  Plaintiff Jennifer J. Reinoehl

    b.  Defendant Connie Lawson

    c.  Defendant Diego Morales

    d.  Each person disclosed by the plaintiff

    e.  Any person necessary for identification, authentication, or admission of any document, exhibit, or thing

    f.  Individuals listed or identified in any responses to discovery requests

    g. Any person necessary for impeachment or rebuttal

    h. Other named individuals as the defendants become aware of their identities.

## II. Preliminary List of Exhibits

    a. Any and all documents referenced in the Initial Disclosures or Preliminary Witness and Exhibit List provided by Plaintiff

    b. Any and all responses to discovery requests

    c. Any and all transcripts of depositions taken in this matter

    d. Any and all documents filed with the court in this matter

    e. Any and all materials identified or obtained through discovery

    f. Any and all exhibits identified, produced, filed, or referenced by any other party to this action

    g. Any and all documents or records relied upon by any expert witness

    h. Any and all documents need for impeachment and/or rebuttal purposes

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: May 22, 2023    By:    */s/ J. Derek Atwood*
J. Derek Atwood
Deputy Attorney General
Attorney No. 33947-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 522-9812
Facsimile:  (317) 232-7979
E-mail:  Derek.Atwood@atg.in.gov