UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-1974-JRS-TAB ) |
| INDIANA SECRETARY OF STATE DIEGO MORALES, in his official capacity, and CONNIE LAWSON, in her individual capacity | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants, Indiana Secretary of State Diego Morales, and former Indiana Secretary of State Connie Lawson, by counsel, Deputy Attorney General J. Derek Atwood, respectfully request this Court grant the State Defendants' Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) in its favor for the reasons set forth in its Memorandum in Support, incorporated herein and filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request the Court enter judgment in their favor and grant such other relief which is just and proper on the premises.

Respectfully Submitted,

Office of the Indiana Attorney General
Theodore E. Rokita
Atty No. 188857-49

By:  /s/ *J. Derek Atwood*
J. Derek Atwood

        Deputy Attorney General
        Attorney No. 33947-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 W. Washington Street
Indiana Government Center South, 5th Floor
Indianapolis, IN 46204-2770

## CERTIFICATE OF SERVICE

    I certify that on August 4, 2023, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all interested parties registered for electronic service with the Southern District of Indiana CM/ECF system.

        /s/ J. Derek Atwood
        J. Derek Atwood
        Attorney No. 33947-49
        Deputy Attorney General