UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JENNIFER REINOEHL          )
                           )
              Plaintiff,   )
                           )
         v.                )          No. 1:22-cv-1974-JRS-TAB
                           )
JOHN MERRILL, et al.,      )
                           )
              Defendants.  )

## Final Judgment

Pursuant to the Order on Defendants' Motion for Judgment on the Pleadings, it is **ordered** that Plaintiff Jennifer Reinoehl shall **take nothing by way of her Complaint**.

All claims against Defendants Morales and Lawson are **dismissed with prejudice**. All claims against Defendants John Merrill, Katie M. Hobbs, Alejandro Padilla, Shirley N. Weber, Laurel M. Lee, Cord Byrd, Brad J. Raffensperger, Bernadette Matthews, John Wobensmith, William Galvin, Jocelyn F. Benson, John R. Ashcroft, Corey Stapleton, Christi Jacobsen, Barbara Cegavske, Andrew J. Spano, Anthony J. Casale, Karen B. Bell, Paul Ziriax, Beverly A. Clarno, Shemia P. Fagan, Kathy Boockvar, Leigh M. Chapman, Ruth R. Hughs, and John B. Scott are **dismissed without prejudice for lack of jurisdiction**.

This is a final judgment under Federal Rule of Civil Procedure 58. This case is now **closed**.

**SO ORDERED.**

Date: 10/13/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_

Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.