FILED
01/05/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, Pro Se | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:22-cv-1974-JRS-TAB |
| CONNIE LAWSON, in her individual capacity;<br>IN SecState DIEGO MORALES, in his official capacity. | ) |
| Defendants. | ) |

## DEFENDANTS'S INITIAL DISCLOSURES

Defendants Connie Lawson, in her individual capacity, and Diego Morales in his official capacity as Indiana Secretary of State provide their initial disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Order from February 27, 2023 (ECF 90).

**A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Plaintiff Jennifer Reinoehl, who has information regarding the allegations in the complaint.

2. Defendants Connie Lawson and Diego Morales may be contacted through Defendant's counsel.

3. Any and all persons listed on Plaintiff's initial disclosures and any future witness lists.

4. Any and all persons necessary for impeachment or rebuttal, or for the authentication of documents.

As discovery in this matter is ongoing, Defendants reserves the right to supplement or amend this list. Plaintiffs will be notified of any additional persons in a timely fashion as these persons become known.

**B.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. All documents attached to any filing in this case.

2. All documents or other materials produced by Plaintiff or by any third party in this matter.

3. All documents or other materials produced by Defendants in this matter.

4. All depositions taken in this matter and their exhibits.

5. All responses to interrogatories in this matter.

6. All stipulations and responses to requests for admissions in this matter.

7. The complaint in this cause and any amended complaints and answers to complaints.

8. All affidavits and verified documents filed in this case.

9. All documents noted by Plaintiff in her disclosures and/or any exhibit lists.

10. All documents noted by Defendants in their disclosures and/or any exhibit lists.

11. Any and all documents necessary for purposes of impeachment or rebuttal.

As discovery in this matter is ongoing, Defendants reserve the right to supplement or amend this list. Plaintiffs will be notified of any additional documents in a timely fashion as these documents become known.

C. **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

This disclosure is not applicable to Defendants.

D. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

To the extent Plaintiff seeks declaratory and injunctive relief, this disclosure is inapplicable. Inquiries regarding applicable insurance documentation have been made and Defendants shall supplement these initial disclosures with said documentation when provided.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: <u>May 8, 2023</u>     By:     <u>/s/ J. Derek Atwood</u>
J. Derek Atwood
Deputy Attorney General
Attorney No. 33947-49

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN  46204-2770
Telephone:  (317) 522-9812
Facsimile:   (317) 232-7979
E-mail:  Derek.Atwood@atg.in.gov