# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **JENNIFER J. REINOEHL** | ) | Case No. 1:22-CV-1974 JRS-TAB |
| PLAINTIFF | ) | Hon. JAMES R. SWEENEY, II |
| v. | ) | MAG. TIM A. BAKER |
| **DIEGO MORALES, in his official capacity as Indiana Secretary of State, and CONNIE LAWSON, in her individual capacity.** | ) ) ) ) | Oral Argument Requested |
| DEFENDANTS | ) | |

**FILED**
**01/05/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

  Comes now the Petitioner, Jennifer Reinoehl, pursuant to Federal Rules of Civil Procedure Rule 56, and moves this court to grant summary judgment and to enter an order in favor of relief sought before the court on all claims against SoS. Morales and Ms. Lawson, defendants, as stated in the Plaintiff's Complaint. There is no genuine issue of material fact, and Plaintiff is entitled to judgment as matter of law. This Motion is supported by the accompanying Memorandum in Support of the Plaintiff's Motion for Summary Judgment.

  Plaintiff respectfully requests a hearing on this motion and that this Court grant her Motion for Summary Judgment.

Respectfully submitted,

*/s/ JJ Reinoehl*

**Jennifer Reinoehl,** Pro Se Plaintiff 01/04/24
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com

1