UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-1974-JRS-TAB ) |
| JOHN MERRILL, et al., | ) ) ) |
| Defendants. | ) |

**Entry on Motion for Summary Judgment**

In 2022, Plaintiff Jennifer Reinoehl, pro se, sued several current and former state Secretaries of State, alleging that certain state election laws violate the Constitution. (*See generally* Compl., ECF No. 1.)  In October 2023, the Court dismissed all claims against all Defendants, entered a final judgment, and closed the case. (ECF Nos. 101, 102.)

Plaintiff has filed a Motion for Summary Judgment.  (ECF No. 104.)  As the case has been closed, this motion is untimely.  Additionally, as it has been more than 30 days since the judgment was entered, the deadline for appeal has passed and Plaintiff's motion will not be construed as a notice of appeal.  Fed. R. App. P. 4(a)(1)(A).  Plaintiff's Motion for Summary Judgment, (ECF No. 104), is **denied**.

**SO ORDERED.**

Date: 02/15/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF

Distribution via U.S. Mail:

Jennifer Reinoehl
51860 Cheryl Drive
Granger, IN 46530